# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00659-CV

**In re James Nathaniel Evans**

### ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed: October 19, 2018